THE PEOPLE OF THE STATE OF NEW YORK ex rel. MANUEL SALVATORE LLAUGET, Respondent, v. CHARLES CYRTA, as Warden of the Suffolk County Jail, Appellant.—

Rabin, Acting P. J., Hopkins, Munder, Martuscello and Benjamin, JJ., concur.

MARTIN RIES, Appellant, v. BOARD OF TRUSTEES OF THE HUDSON RIVER MUSEUM AT YONKERS, INC. et al., Respondents.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.

EVA SAMMIS, Individually and as Administratrix of the Estate of DANIEL SAMMIS, Deceased, Respondent, v. EDWARD J. RAYNOR et al., Defendants, and MERCY HOSPITAL ASSOCIATION, Appellant.—

Christ, P. J. Rabin, Latham and Benjamin, JJ., concur; Munder, J., not voting.